UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN DEATON and MARIA F. DEATON,

                    Plaintiffs,                  **MEMORANDUM AND ORDER**

-against-                                         17-CV-4592 (RRM) (GRB)

PAUL NAPOLI and MARIE NAPOLI,

                    Defendants.
-------------------------------------------------------x

      A Memorandum and Order having been issued this day granting defendants motion to dismiss all claims brought in this action, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiffs take nothing from defendants, and that this action is dismissed with prejudice.

Dated:  Brooklyn, New York                   *Roslynn R. Mauskopf*
         September 27, 2019

                                                      _____
                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge